IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDRE SMITH, SR.,

      Plaintiff,                          No. CIV S-06-2171 GEB GGH PS

      vs.

STATE OF CALIFORNIA, et al.,

      Defendants.                  FINDINGS & RECOMMENDATIONS

_____/

      By order filed December 15, 2006, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. Plaintiff was also directed to submit either a completed application and affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee. In that order, the court informed plaintiff of the deficiencies in his complaint. The thirty day period has now expired, and plaintiff has not filed an amended complaint, a completed in forma pauperis application, the filing fee, or otherwise responded to the court's order.

      Plaintiff has apparently decided to rest on the dismissed complaint. For the reasons given in the December 15, 2006, order, IT IS HEREBY RECOMMENDED that this action be dismissed with prejudice.

\\\\\

1 | These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within ten days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: 2/26/07

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

GGH:035
smit2171.fta