IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ANDRE SMITH, SR., | ) |
| Plaintiff, | ) 2:06-cv-02171-GEB-GGH |
| v. | ) ORDER |
| STATE OF CALIFORNIA, SOLANO COUNTY, et. al., | ) |
| Defendants. | ) |

The motion filed on June 5, 2009 is denied.

Dated: March 26, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

1